**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: KACEY ANN MORDECAI      :   No. 89 WM 2015
                                              :

MOTION FOR EXTENSION PURSUANT    :
TO RULE 311                                     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of January, 2016, the Request for Extension of Pa.B.A.R. 311 Admission is **GRANTED**, **IN PART**. In order to afford Kacey Ann Mordecai time to seek full admission to the Pennsylvania bar, her temporary admission, per Pa.B.A.R. 311, is extended until October 31, 2016.

      Mr. Justice Eakin did not participate in the consideration or decision of this matter.